UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EVANS DELIVERY COMPANY, INC.<br><br>　　　　Plaintiff,<br><br>　　　v<br><br>RABBIT LOGISTICS & COMPANY, LLC f/k/a RABBIT LOGISTICS, LLC<br><br>　　　　Defendant. | :<br>:<br>:　CIVIL ACTION NO. 3:24-01277<br>:<br>:　　　(JUDGE MANNION)<br>:<br>:<br>:<br>:<br>: |

## ORDER

In accordance with the memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

1. Plaintiff's renewed motion for default judgment (Doc. 8) is **GRANTED IN PART AND DENIED IN PART**;

2. the motion is **GRANTED** to the extent that Plaintiff is awarded $177,720.00 for unpaid services;

3. the motion is **GRANTED** to the extent that Plaintiff is awarded $23,154.14 for interest on unpaid service payments;

4. the motion is **DENIED** to the extent of Plaintiff's requested award of $17,772.0 in late fees;

5. the motion is **DENIED** to the extent of Plaintiff's requested award of unspecified costs;

6. the Clerk of Court is directed to **ENTER** judgment in favor of Plaintiff in the amount of $200,874.14; and

7. the Clerk of Court shall thereafter **CLOSE** this case.

*(signature)*

**MALACHY E. MANNION**
United States District Judge

**Date: January 3, 2025**
24-1277-01